COMBINED COMMUNICATIONS CORPORATION, By and Through Its GANNETT OUTDOOR COMPANY OF ST. LOUIS DIVISION, Plaintiff/Appellant,

v.

CITY OF PEERLESS PARK, Missouri, Defendant/Respondent.

No. 73558.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 27, 1998.

Robert C. Jones, St. Louis, for plaintiff/appellant.

Eric M. Martin, Chesterfield, for defendant/respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

ORDER

PER CURIAM.

Plaintiff, Combined Communications Corp., appeals from a judgment of the trial court denying plaintiff's constitutional challenge to an ordinance enacted by defendant, City of Peerless Park, Missouri. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value. However, the parties have been provided with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).